ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
RONALD WILKOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00428-LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
|  | ) CONTINUE SENTENCING |
| RONALD WILKOWSKI, | ) |
|  | ) Date: July 8, 2013 |
| Defendant. | ) Time: 8:30 a.m. |
|  | ) Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 8, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **August 5, 2013, at 8:30 a.m.** and to exclude time between July 8, 2013, and August 5, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1         a. The Defendant has requested his medical records
2 and is waiting for the Doctor's Office and Pharmacy to
3 provide them to Defense Counsel.
4         b. The government does not object to the continuance.
5         c. Based on the above-stated findings, the ends of
6 justice served by continuing the case as requested
7 outweigh the interest of the public and the defendant in a
8 trial within the original date prescribed by the Speedy
9 Trial Act.
10         d. For the purpose of computing time under the Speedy
11 Trial Act, 18 U.S.C. § 3161, et seq., within which trial
12 must commence, the time period of July 8, 2013, to August
13 5, 2013, inclusive, is deemed excludable pursuant to 18
14 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a
15 continuance granted by the Court at defendant's request on
16 the basis of the Court's finding that the ends of justice
17 served by taking such action outweigh the best interest of
18 the public and the defendant in a speedy trial.
19     4. Nothing in this stipulation and order shall preclude a
20 finding that other provisions of the Speedy Trial Act dictate
21 that additional time periods are excludable from the period
22 within which a trial must commence.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS SO STIPULATED.

Dated: July 3, 2013

                                        */s/ Laurel J. Montoya*
                                        Assistant United States Attorney

Dated: July 3, 2013

                                        */s/ Anthony P. Capozzi*
                                        Anthony P. Capozzi
                                        Attorney for
                                        RONALD WILKOWSKI

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from July 8, 2013, to, and including, August 5, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Sentencing currently scheduled for July 8, 2013, at 8:30 a.m. is continued to **August 5, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: July 3, 2013

                                        _/s/ Lawrence J.O'Neill_____

                                        Honorable Lawrence J. O'Neill