ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
RONALD WILKOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00428-LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
|  | ) CONTINUE SENTENCING |
| RONALD WILKOWSKI, | ) |
|  | ) Date: August 5, 2013 |
| Defendant. | ) Time: 8:30 a.m. |
|  | ) Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 5, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **September 23, 2013, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

   a. The Defendant has requested his medical records and is waiting for the Doctor's Office and Pharmacy to provide them to Defense Counsel.  Partial records have

1 been obtained, however, additional records are needed. The
2 additional time is needed to review the records and
3 consult with the Doctor.
4     b. The government does not object to the continuance.
5 IT IS SO STIPULATED.
6 Dated: July 18, 2013

*/s/ Laurel J. Montoya*
Assistant United States Attorney

10 Dated: July 18, 2013

*/s/ Anthony P. Capozzi*
Anthony P. Capozzi
Attorney for
RONALD WILKOWSKI

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted.

**IT IS ORDERED** that the Sentencing currently scheduled for August 5, 2013, at 8:30 a.m. is continued to **September 23, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **July 18, 2013**　　　　　　　**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE